UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **KELLY THOMAS**, *individually, and* on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**EXPRESS REVENUE, INC.,**<br>**JK MARKETING, INC.**<br>**JOHN DOES 1-10,**<br>   *Defendants.* | Case No.: 4:21-cv-03729<br><br><br>**Jury Trial Demanded** |

## NOTICE OF VOLUNTARY DISMISSAL AS TO LENDING TREE ONLY

AND NOW Plaintiff, Kelly Thomas, hereby files a notice of voluntary dismissal as to Defendant Lending Tree, LLC only, pursuant to Fed. R. Civ. P. 41(a). Plaintiff's claims against the other defendants in this matter shall remain pending.

Respectfully submitted,

Dated: April 12, 2022         By: /s/ *Jacob U. Ginsburg*
                  Jacob U. Ginsburg, Esq.
                  SDTX ID No. 3568914
                  Kimmel & Silverman, P.C.
                  30 East Butler Pike
                  Ambler, PA 19002
                  (215) 540-8888 ext. 104
                  Facsimile: (877) 788-2864
                  Email:jginsburg@creditlaw.com
                  teamkimmel@creditlaw.com

                  /s/ *Christopher E. Roberts*
                  Christopher E. Roberts
                  SDTX # 3708019
                  Butsch Roberts & Associates LLC
                  231 S. Bemiston Ave., Suite 260

Clayton (St. Louis), MO  63105<br>
Telephone: (314) 863-5700<br>
Facsimile: (314) 863-5711<br>
email: croberts@butschroberts.com

## CERTIFICATE OF SERVICE

I, Jacob U. Ginsburg, Esq. hereby certify that I served a true and correct copy of the foregoing on all parties of record via ECF and on the below parties via US mail on April 12, 2022.

    Express Revenue, Inc.
    5757 S.W. 89th Lane
    Cooper City, Florida 33328

    JK Marketing, LLC,
    651 N. Broad St., Suite 206
    Middletown, Delaware 19709

    /s/ Jacob U. Ginsburg