United States District Court
Southern District of Texas
**ENTERED**
April 25, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KELLY THOMAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-03729 |
| § | |
| LENDING TREE, LLC, *et al.*, § | |
| § | |
| Defendants. § | |

## **ORDER**

In accordance with the Stipulation of Dismissal filed April 12, 2022 (DOC #28), Defendant Lending Tree, LLC, is hereby DISMISSED without prejudice.

Signed on April 25, 2022.

_____
Alfred H. Bennett
United States District Judge