UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

|  |  |
|---|---|
| **KELLY THOMAS,** ) | Case No.: **4:21-cv-03729** |
| Plaintiff**,** ) |  |
| ) |  |
| **v** ) |  |
| ) |  |
| **EXPRESS REVENUE, JK MARKETING** ) |  |
| **JOHN DOES 1-10** ) |  |
| Defendants. ) |  |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST EXPRESS REVENUE ONLY

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Amended Complaint against Defendant, Express Revenue ***only***, with prejudice. Any potential claims of putative class members are dismissed without prejudice.

DATED: May 03, 2022

/s/ *Jacob U. Ginsburg*
Jacob U. Ginsburg, ESQUIRE
Kimmel & Silverman, P.C.
30 E. Butler Ave.
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
teamkimmel@creditlaw.com

## **CERTIFICATE OF SERVICE**

    I, Jacob U. Ginsburg hereby certify that a true and correct copy of the foregoing pleading has been served on all parties via ECF on May 3, 2022.

                                          */s/ Jacob U. Ginsburg*
                                          Jacob U. Ginsburg, ESQUIRE