United States District Court
Southern District of Texas
**ENTERED**
May 31, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KELLY THOMAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-03729 |
| § | |
| LENDING TREE, LLC, *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER

In accordance with the Notice of Voluntary Dismissal with Prejudice filed on May 3, 2022 (Doc. #31), Defendant Express Revenue is hereby DISMISSED with prejudice. Any potential claims of putative class members are dismissed without prejudice.

It is so ORDERED.

MAY 3 1 2022
Date

The Honorable Alfred H. Bennett
United States District Judge