UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KELLY THOMAS, | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-03729 |
| LENDING TREE, LLC, *et al.*, | § § § | |
| Defendants. | § § | |

### ORDER

In accordance with the Notice of Voluntary Dismissal with Prejudice filed on May 3, 2022 (Doc. #31), Defendant Express Revenue is hereby DISMISSED with prejudice. Any potential claims of putative class members are dismissed without prejudice.

It is so ORDERED.

MAY 3 1 2022
Date

_____
The Honorable Alfred H. Bennett
United States District Judge